**Order entered July 6, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00945-CV

### CITY OF DENTON, Appellant

### V.

### MICHAEL GRIM AND JIM MAYNARD, Appellees

**On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-08139**

### ORDER

Before the Court is appellant's July 1, 2021 unopposed motion for extension of time to file its reply brief, which is due July 19.  We **GRANT** the motion and **ORDER** the brief be filed no later than August 6, 2021.

/s/    KEN MOLBERG
JUSTICE